Arthur WILLIAMS, et al., Appellants,

v.

LABOR AND INDUSTRIAL RELATIONS COMMISSION, et al., Respondents.

No. WD 48972.

Missouri Court of Appeals, Western District.

Aug. 16, 1994.

**256**

Ronald S. Reed, Jr., St. Joseph, for appellants.

Sharon A. Willis, Kansas City, Sandy Bowers, Jefferson City, for respondent Missouri Division of Employment Security.

John B. Keller, II, Jefferson City, for respondent Labor and Industrial Relations Commission.

Before ELLIS, P.J. and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appellants appeal the decision of the Circuit Court of Buchanan County affirming the Labor and Industrial Relations Commission decision denying their claims for unemployment compensation.

Judgment affirmed. Rule 84.16(b).